**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

       *Plaintiff,*

vs.

       Case No. 23-60037-EFM

KELLY LEWIS,

       *Defendant.*

**MEMORANDUM AND ORDER**

Before the Court is Defendant Kelly Lewis's Unopposed Motion to Terminate Term of Supervised Release (Doc. 3). Defendant filed the motion on March 20, 2024. Neither the United States Probation Office nor the Assistant United States Attorney object to the motion. Nevertheless, the Court denies the motion for the reasons stated below.

In 2016, Defendant pleaded guilty to conspiracy to possess methamphetamine with intent to distribute. She was sentenced to 120 months' imprisonment and five years of supervised release. In June 2021, she was released to house arrest, and she completed her house arrest in December 2022. On December 30, 2022, she began her supervised release in the Eastern District of Tennessee. Jurisdiction was transferred to this Court on June 9, 2023. Defendant has completed 15 months of her five-year term of supervised release.

Under 18 U.S.C. § 3583(e)(1), the Court may terminate a previously imposed term of supervised release after the defendant completes one year of it.  It is within the Court's discretion whether to grant a motion to terminate supervised release.[1]  In considering a request for early termination, § 3583(e)(1) directs the Court to weigh the factors set forth in § 3553(a) to the extent that they are applicable.[2]  The Court may grant such a motion if it is satisfied that an early termination is warranted by the conduct of the defendant, and it is in the interest of justice.[3]

Here, the Court commends Defendant for her conduct during her incarceration and supervised release thus far.  However, the Court finds that an early termination of supervised release does not comport with the interest of justice at this time.  Defendant has only served a short period of supervision following a serious offense and long period of incarceration.  Although Defendant is adjusting well to supervision, the Court finds that the short length of time is inadequate to demonstrate that her reintegration into society is complete and that further supervision is unnecessary.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervision (Doc. 3) is **DENIED.**

**IT IS SO ORDERED.**

Dated this 11th day of April, 2024.

*Eric F. Melgren*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012) (citing 18 U.S.C. § 3583(e)(1)).

[2] 18 U.S.C. § 3583(e)(1).

[3] *Id.*

-2-